1  LYNDSEY C. HEATON (State Bar No. 262883)
   E-Mail:       *lheaton@sideman.com*
2  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Twenty-Second Floor
3  San Francisco, California 94111-3711
   Telephone:    (415) 392-1960
4  Facsimile:    (415) 392-0827
5
6  Attorneys for Specially Appearing PayPal, Inc.

7              **UNITED STATES DISTRICT COURT**

8            **NORTHERN DISTRICT OF CALIFORNIA**

9

10 JOSEPHINE LEE,                        Case No. 3:22-cv-02718-SK

11 Plaintiff,

12 v.                                     **STIPULATION OF STAY AS TO
                                           DEFENDANT PAYPAL, INC. ONLY
                                           PENDING ARBITRATION AND
13 CITIGROUP CORPORATE HOLDINGS,         PROPOSED ORDER**
   INC. D/B/A CITIBANK, N.A. AND
14 PAYPAL, INC.
                                          Judge:   Hon. Sallie Kim
15 Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

1

## STIPULATION AND [PROPOSED] ORDER

2     Plaintiff Josephine Lee, ("Lee") and Defendant PayPal, Inc. ("PayPal") (who makes a

3 special appearance without waiving its rights to compel arbitration) (and together, "the Parties"),

4 hereby stipulate as follows:

5     WHEREAS, Lee filed the instant action on May 5, 2022 and served PayPal on May 12,

6  2022;

7     WHEREAS, Lee filed the First Amended Complaint on June 2, 2022 and served PayPal

8  with that amended pleading on June 15, 2022;

9     WHEREAS, Lee's dispute with PayPal relates to the use of PayPal's services and the User

10 Agreement between the parties provides for arbitration of such claims with the American

11 Arbitration Association;

12     WHEREAS, the Parties, through counsel, have agreed to proceed with arbitration and to

13  the stay of this case as to PayPal only pending the outcome of such arbitration;

14     WHEREFORE, PayPal and Lee stipulate as follows:

15     Lee's case against PayPal will be stayed pending the outcome of arbitration as per the

16 agreement between the parties.

17     The Court will retain jurisdiction only to confirm the arbitration award and enter judgment

18 for the purposes of enforcement.

19

20

21     IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

22 DATED: June 15, 2022                  SIDEMAN & BANCROFT LLP

23

24                                  By:   */s/ Lyndsey C. Heaton*

25                                       Lyndsey C. Heaton
                                         Attorneys for PayPal, Inc.
26

27

28

1  DATED:  June 15, 2022                ERIKA HEATH, ATTORNEY AT LAW

2

3                                       By:  */s/ Erika Heath*
4                                            Erika Heath
5                                            Attorney for Plaintiff Josephine Lee

6

7                                   **ATTESTATION**

8          Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of

9  perjury that I have obtained consent to file this document from every signatory above.

10  DATED:  June 15, 2022               SIDEMAN & BANCROFT LLP

11

12

13                                      By:  */s/ Lyndsey C. Heaton*
                                             Lyndsey C. Heaton
14                                           Attorneys for PayPal, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER TO STAY CASE PENDING ARBITRATION

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2    Date:_____          _____

3                           Hon. Sallie Kim, USMJ

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711