UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE LEE,<br><br>         Plaintiff,<br><br>     v.<br><br>CITIGROUP CORPORATE HOLDINGS, INC., et al.,<br><br>         Defendants. | Case No. 22-cv-02718-SK<br><br>**ORDER REQUIRING BRIEFING**<br><br>Regarding Docket No. 21 |

Upon review of the parties' joint status report, the Court finds that further briefing would be beneficial. Specifically, the parties shall address: (1) whether PayPal's failure to timely pay the arbitration fees constitutes waiver of the arbitration provision pursuant to California Code of Civil Procedure § 1281.97; (2) whether California Code of Civil Procedure § 1281.97 is preempted by the Federal Arbitration Act; and (3) the impact, if any, of the fact that the parties stipulated to arbitration. Plaintiff shall file her opening brief by no later than May 19, 2023. Defendants shall file their responsive brief by no later than June 2, 2023. Plaintiff may file a reply by no later than June 9, 2023.

**IT IS SO ORDERED**.

Dated: May 5, 2023



SALLIE KIM
United States Magistrate Judge