**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:  (415) 651-9700

**Erika Heath, Attorney At Law**
Erika Heath, Esq. (SBN: 304683)
erika@heathlegal.com
369 Pine Street, Suite 410
San Francisco, CA 94104
Telephone:  (415) 426-7850

*Attorneys for Plaintiff*,
Josephine Lee

# UNITED STATES DISTRICT COURT
## FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPHINE LEE,** | **Case No.:  3:22-cv-02718-SK** |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| **CITIGROUP CORPORATE HOLDINGS, INC. D/B/A CITIBANK, N.A. AND PAYPAL, INC.** | Re: ECF No. 20 |
| Defendants. | |

///

///

///

**JOINT STATUS REPORT**

Pursuant to this Court's Orders on July 11, 2022, and April 4, 2023 (ECF Nos. 19 and 20,) Plaintiff Josephine Lee and Defendant Citigroup Corp. Holdings, Inc. d/b/a Citibank, N.A. ("Citibank") hereby submit the following Joint Status Report:

1. Plaintiff and Citibank are preparing for the final arbitration hearing, which is scheduled with JAMS for April 16-17, 2024.

Respectfully Submitted,

**ERIKA HEATH, ATTORNEY AT LAW**

DATED: April 5, 2024       BY: /s/ ERIKA HEATH
                               ERIKA A. HEATH, ESQ.
                               ATTORNEYS FOR PLAINTIFF
                               JOSEPHINE LEE

**WOLFE & WYMAN, LLP**

DATED: April 5, 2024       BY: /s/ BRIAN GUNN
                               BRIAN H. GUNN, ESQ.
                               ATTORNEYS FOR CITIGROUP
                               CORPORATE HOLDINGS, INC.